IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALONZO TYRONE GRANT                                                PLAINTIFF

v.                         No. 3:16-cv-180-DPM

DAVID CARTER, Sheriff, Greene County;
MIKE RYLES, Lieutenant, Greene County
Sheriff's Office; RANDY SIPES, Captain,
Greene County Sheriff's Office; and TONY
CHARLES ROE, Sergeant, Arkansas State Police         DEFENDANTS

ORDER

1. Grant says jail staff won't sign the calculation sheet and certificate for his application to proceed *in forma pauperis*. It's unclear whether staff refused, Grant just didn't want to involve them, or both. № 1 at 3–4. But in any event, a jail official must complete and sign the calculation sheet and certificate. Grant's application, № 1, is therefore denied without prejudice.

2. The Court directs the Clerk to send Grant another application to proceed *in forma pauperis*. Grant has until 29 August 2016 to submit the completed application and certified calculation sheet. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). If jail officials won't complete and sign the paperwork for Grant, then he must note that on the forms and submit them to the Court.

3. The Court directs the Clerk to send a copy of this Order to the Greene County Sheriff, 1809 North Rocking Chair Road, Paragould, Arkansas, 72450.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 July 2016