# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ALONZO TYRONE GRANT                                          PLAINTIFF

v.                         No. 3:16-cv-180-DPM

DAVID CARTER, Sheriff, Greene County;
MIKE RYLES, Lieutenant, Greene County
Sheriff's Office; RANDY SIPES, Captain,
Greene County Sheriff's Office; and TONY
CHARLES ROE, Sergeant, Arkansas State Police          DEFENDANTS

## ORDER

1. Grant's motion to reopen this case, № 8, is granted. The Court directs the Clerk to lift the stay and reopen the case.

2. The Court must screen Grant's complaint. № 2; 28 U.S.C. § 1915A. Grant says his state court case is complete and that he's been released from jail. His motion states that he sent a copy of the final disposition; but the Court didn't receive it. The Court needs to know how Grant's state case was resolved in order to screen his complaint. Grant must therefore file a status report or a copy of the state court disposition by 5 January 2017. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2016

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2016