IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALONZO TYRONE GRANT                                                           PLAINTIFF

v.                              No. 3:16-cv-180-DPM

DAVID CARTER, Sheriff, Greene County;
MIKE RYLES, Lieutenant, Greene County
Sheriff's Office; RANDY SIPES, Captain,
Greene County Sheriff's Office; and TONY
CHARLES ROE, Sergeant, Arkansas State Police          DEFENDANTS

ORDER

1. The Court must screen Grant's complaint. № 2; 28 U.S.C. § 1915A. Grant says he was falsely imprisoned after the defendants unlawfully searched his house and found drugs. № 2 at 4. But Grant pleaded guilty to drug-related charges arising from this incident and was sentenced to probation. № 8 at 2-4. A judgment in his favor in this case would call into question Grant's state sentence; and he hasn't alleged that his sentence has been reversed, expunged, or invalidated. Grant's claim is therefore *Heck*-barred. *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

2. Grant's complaint will be dismissed without prejudice for failure to state a clam. This dismissal counts as a "strike" for purposes of 28 U.S.C.

§ 1915(g).  An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2017