IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALONZO TYRONE GRANT                                                    PLAINTIFF

v.                         No. 3:16-cv-180-DPM

DAVID CARTER, Sheriff, Greene County;
MIKE RYLES, Lieutenant, Greene County
Sheriff's Office; RANDY SIPES, Captain,
Greene County Sheriff's Office; and TONY
CHARLES ROE, Sergeant, Arkansas State Police          DEFENDANTS

JUDGMENT

Grant's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
4 January 2017